**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1768**

LESTER MOODY,

        Plaintiff - Appellant,

    v.

BALTIMORE CITY DEPARTMENT OF SOCIAL SERVICES STATE OF MARYLAND,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:18-cv-00488-ELH)

Submitted: October 18, 2018                Decided: October 22, 2018

Before GREGORY, Chief Judge, KEENAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lester Moody, Appellant Pro Se. Elise Song Kurlander, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lester Moody appeals the district court's order granting the Baltimore City Department of Social Services' motion to dismiss Moody's civil complaint, which asserted claims pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2018); Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681 to 1688 (2012); and the Maryland Fair Employment Practices Act, Md. Code Ann., State Gov't § 20-606(a)(1)(i) (West 2014). We have reviewed the record and considered the parties' arguments. Finding no reversible error, we affirm the district court's order. *See Moody v. Baltimore City Dep't of Soc. Servs.*, No. 1:18-cv-00488-ELH (D. Md. June 25, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*